THE BANK OF STRATFORD *v.* WESTLAND COMPANY, INC., ET AL.

The motion by the named defendant for a review of the order by the trial court terminating the stay of proceedings in the appeal from the Court of Common Pleas in Hartford County is granted and the relief sought therein is denied.

*John W. Conlon,* in support of the motion.

Submitted May 15—decided June 4, 1974

STATE OF CONNECTICUT *v.* THOMAS THORPE

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

*William F. Gallagher,* special public defender, for the appellant (defendant).

Argued June 4—decided June 11, 1974

STATE OF CONNECTICUT *v.* KENNETH D. WINGATE

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant files his request for a finding and draft finding on or before July 22, 1974.

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

*James M. Diorio,* assistant public defender, for the appellant (defendant).

Argued June 11—decided June 11, 1974